# EXHIBIT A

# taylor | english

Taylor English Duma LLP 1600 Parkwood Circle, Suite 400 Atlanta, Georgia 30339
Main: 770.434.6868  Fax: 770.434.7376  taylorenglish.com

| | |
|---|---|
| United States District Court-North District of GA | Statement Date: May 12, 2016 |
| 75 Ted Turner Drive | Statement No. 387737 |
| Suite 1721 | Account No. 72084.0000 |
| Atlanta, GA  30303 | Federal ID No. 201310229 |

Re:   Credit Nation Capital LLC

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/25/2016 | ABH | Review Opinion and Order; telephone conference with J. Johnson, attorney for Credit Nation. | 2.20 | 891.00 |
| 04/26/2016 | AKW | Travel with Al Hill to Credit Nation to discuss receivership with James Torchia, James Johnson, and Mark Celello. | 3.30 | 1,155.00 |
| | ABH | Credit Nation - Prepare for and attend afternoon meeting with J. Torchia; J. Johnson, M. Celello, K. Kruse and others; review complaint and related due diligence materials. | 7.10 | 2,875.50 |
| 04/27/2016 | ABH | Receivership - full day at Credit Nation office meeting with employees and reviewing corporate data. | 9.00 | 3,645.00 |
| | AKW | Review order and opinion. Meeting with employees of Credit Nation and American Motor to discuss appointment of receiver, duties, and role of receiver per the Order entered by federal court. Speak with key employees to obtain an understanding of business model and structure. Begin reviewing loan list. Discuss pending payroll on Friday and release of funds. | 7.60 | 2,660.00 |
| 04/28/2016 | ABH | Full day at Credit Nation; multiple telephone conferences with investors; employee meetings. | 9.30 | 3,766.50 |
| | SCG | Telephone conference with Al Hill regarding possible bankruptcy filing by Credit Nation Capital LLC, and obtaining DIP financing; telephone calls to prospective DIP lenders and/or purchasers of CNC's assets; e-mail correspondence with Ken Mann of Heritage Equity Partners and with Al Hill. | 3.30 | 1,303.50 |
| | SCG | Conduct brief legal research regarding the effect of the automatic stay on the life insurance policies owned by CNC, and the effect of Section 365 of the Bankruptcy Code governing executor contracts. | 0.30 | 118.50 |

|  |  |  | Statement Date: | 05/12/2016 |
|  |  |  | Statement No. | 387737 |
| United States District Court-North District of |  |  | Account No. | 72084.0000 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
|  | AKW | Continue working on Receivership issues including obtaining knowledge of how policies are held, outstanding litigation involving Credit Nation, et al and American Motor. Work on release of funds to make payroll on 4/29, begin reviewing written agreements with policy holders and beneficiaries. Draft preservation of evidence memo and distribute to Credit Nation and AMC. Review bulk auto loan sale documents of AMC; provide comments to AMC. | 7.80 | 2,730.00 |
| 04/29/2016 | ABH | Meetings at Credit Nation; meeting with L. Warnock; telephone conference with Melville Capital. | 8.50 | 3,442.50 |
|  | AKW | Several phone calls to Bank of North Georgia regarding release of funds to meet payroll.  Draft emails to Laura Ashby of BNG regarding transfer of funds. Draft email to SunTrust regarding freeze and establishment of receiver accounts. Continue working on receivership issues including sale of policies, stay of lapse of policies pending sale, and employment issues. | 4.00 | 1,400.00 |
|  | SCG | E-mail correspondence with Al Hill; telephone conference with Amy Weber; confer with John Rezac; telephone conference with Al Hill. | 2.80 | 1,106.00 |
| 04/30/2016 | ABH | Continue evaluation of life policy portfolio; develop plan for beneficiary payment of premiums. | 2.60 | 1,053.00 |
|  | AKW | Review federal law regarding stay in lapse of policy. Review SEC cases involving receivership of viaticals.  Several emails to Jessy Hardy and Mark Celello regarding language in policies. Several emails to Al Hill regarding results of research and whether Receiver can sell without court approval. | 3.50 | 1,225.00 |
|  | SCG | Meeting with Al Hill to consider and plan for possible bankruptcy filing by Credit Nation Capital, LLC. | 1.50 | 592.50 |
| 05/01/2016 | ABH | Multiple telephone conferences with J. Torchia; telephone conference with Melville Capital regarding restructuring of portfolio; review all life insurance policies. | 3.70 | 1,498.50 |
| 05/02/2016 | ABH | Full day at Credit Nation; terminate 15 employees; multiple telephone conferences with investors. | 11.00 | 4,455.00 |
|  | SCG | Meeting with certain CNC personnel, together with Al Hill and Amy Weber, at CNC's office, and review certain life insurance policies with respect to the issue of whether filing a Chapter 11 bankruptcy petition would be beneficial; review the Bankruptcy Court Docket Report and certain Bankruptcy Court filings and Orders in the Life ____ Holdings, Inc., et al., Chapter 11 bankruptcy cases; write e-mails to Al Hill regarding same; confer with Bill Leonard, and e-mail correspondence with Bill Leonard, John Gross, and Al Hill regarding obtaining a bond for Al Hill as Receiver; further e-mail correspondence with Al Hill, Bill Leonard, and John Gross regarding proposed receiver's bond, including form and amount of bond, and amending Receivership Order to provide for bond. | 8.20 | 3,239.00 |

|  |  |  | Statement Date: | 05/12/2016 |
|---|---|---|---|---|
|  |  |  | Statement No. | 387737 |
| United States District Court-North District of |  |  | Account No. | 72084.0000 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
|  | AKW | Continue working with Receiver at Credit Nation including layoffs of several employees, confirm process for layoffs and provide separation notice template. Regroup with retained employees on focus of job efforts going forward.  Draft email to Judge Duffey regarding sale of Gorman policy and approval to sell portion of policy in exchange for increased percentage in benefits and payment of premium due 5/3.  Conference with Judge Duffey regarding the same. Continue to work on opening receivership accounts. Conference with exiting employees of AMC regarding status of outstanding litigation and make recommendations to receiver regarding abandonment and sales of certain claims. Draft email to James Johnson and request Torchia's consent to transfer beneficiary interest to CNC. Confirm with Lee Berman and Marc Celello they will transfer beneficiary interest. | 8.40 | 2,940.00 |
| 05/03/2016 | ABH | Full day at Credit Nation; telephone conferences with multiple investors; meet with SunTrust to open receiver bank account. | 10.80 | 4,374.00 |
|  | AKW | Several phone calls to financial institutions regarding opening receivership account. Phone call with Brandon Welch regarding action in Gwinnett by Credit Nation. Confirm with Receiver claim will be abandoned.  Phone call to Brandon Welch regarding the same. Confirm First Citizens will open Receivership accounts.  Forward information to commence opening of accounts.  Begin working on brief to court regarding liquidation options. | 4.20 | 1,470.00 |
|  | SCG | Review further e-mail correspondence regarding proposed receiver's bond; conduct research and analysis regarding applicable receivership statutes and forms of receivership orders and receivership bonds; work with Anna Childress at McGriff, Seibels & Williams, and with Bill Leonard and Al HIll, regarding possible receivership bond, as well as possible insurance coverage, for Al, as receiver, under out law firm's professional liability insurance policy, or under a separate E&O insurance policy. | 7.60 | 3,002.00 |
| 05/04/2016 | ABH | Manage daily affaires of Credit Nation; numerous calls with investors; meet with SunTrust; meet with Page & Associates; correspondence with Court. | 8.50 | 3,442.50 |
|  | SCG | Continue to work on issues relating to possible receiver's bond or insurance coverage for receiver, including meeting with Bill Leonard regarding same. | 0.50 | 197.50 |
|  | AKW | Phone call with Receiver regarding motion to sell.  Conference with Bill Clineburg regarding proposed motion.  Begin drafting motion.  Review federal law for inclusion into brief the right of the court to order a sale in a receivership.  Finalize Motion to sell and efile with the Court. Continue researching federal law regarding liquidation options for receiver.  Phone call with Al Hill to discuss same.  Exchange emails and phone calls with Heather Trash regarding receivership account. Obtain information necessary to open account.  Request confirmation from Receiver to First Citizens to open account. | 7.20 | 2,520.00 |
| 05/05/2016 | ABH | Full day at Credit Nation; complete opening of bank accounts; status call with Judge Duffey. | 10.00 | 4,050.00 |

United States District Court-North District of

Statement Date: 05/12/2016
Statement No. 387737
Account No. 72084.0000

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| | AKW | Draft email to Laura Ashby regarding transfer of assets to First Citizens. Review email of Al Hill to Judge Duffey. Set up conference call with Judge Duffey to discuss outstanding issues. Continue working on brief to USDC. Conference with Judge Duffey. Confirm BNG will wire out funds to receiver. Phone call to SunTrust regarding AMC accounts. Draft email to First Citizens regarding wire transfer into receivership accounts. Conference call with James Johnson regarding consent by Torchia to change beneficiary with insurance companies. | 6.50 | 2,275.00 |
| 05/06/2016 | ABH | Full day at Credit Nation; meeting with Georgia Insurance Commission investigators; numerous telephone conferences with investors. | 8.50 | 3,442.50 |
| | AKW | Continue working on brief to court regarding liquidation option. Draft email to court requesting continuance to give Receiver additional time to financially analyze the financial impact of the various liquidation options upon the classes of investors. Review email of Receiver to Judge Duffey. | 6.10 | 2,135.00 |
| 05/07/2016 | ABH | Draft Initial Interim Report of Receiver. | 4.30 | 1,741.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 178.30 | 68,746.50 |

FEE SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Al Hill | 95.50 | $405.00 | $38,677.50 |
| Amy K. Weber | 58.60 | 350.00 | 20,510.00 |
| Stephen C. Greenberg | 24.20 | 395.00 | 9,559.00 |

TOTAL CURRENT FEES AND COSTS                                          68,746.50

**Balance Due................................**                                          $68,746.50

Attorney-Client Privileged Communication

**Please send payment within 15 days of receiving this invoice**

**We accept Mastercard, Visa, American Express & Discover
Please access our secure online payment portal at
http://taylorenglishbilling.com
Payment questions: 678-336-7249 - Angela Whiddon
Billing questions: awhiddon@taylorenglish.com**