# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES A. TORCHIA, CREDIT NATION CAPITAL, LLC, CREDIT NATION ACCEPTANCE, LLC, CREDIT NATION AUTO SALES, LLC, AMERICAN MOTOR CREDIT, LLC, and SPAGHETTI JUNCTION, LLC,<br><br>                Defendants. | 1:15-cv-3904-WSD |

## OPINION AND ORDER

This matter is before the Court on Katherine S. Addleman, Stephen L. Corso, and Timothy A. Newman's (together, "Haynes and Boone") Motion to Withdraw as Counsel of Record for James A. Torchia, Credit Nation Capital, LLC, and the Other Defendants (together, "Defendants") [97] ("Motion to Withdraw").

## I.  BACKGROUND

On May 12, 2016, Haynes and Boone filed their Motion to Withdraw. In it, they state that Defendants are represented by lead counsel James M. Johnson, and that withdrawal thus will not have a "material adverse impact on the Defendants'

interests or delay the trial of this case." (Mot. to Withdraw at 2). Haynes and Boone state that "[a] conflict has arisen, and the Defendants have failed to comply with the terms of their engagement with Haynes and Boone, LLP." (Id.). By "email and letter dated May 5, 2016, ["May 5th Notice"] Ms. Addleman informed Defendants that Haynes and Boone was terminating the representation of the Defendants and requested Mr. Torchia sign a Certificate of Consent to Withdrawal. Mr. Torchia failed to respond in any way to that communication." (Id.).

On May 11, 2016, Haynes and Boone sent Defendants a second notice ("May 11th Notice") informing Defendants of Haynes and Boone's "intent to request permission to withdraw." (Id. at 3). A copy of the May 11th Notice is attached to Haynes and Boone's Motion to Withdraw.

## II. DISCUSSION

Under Local Rule 83.1(E)(2)(b), a motion to withdraw as counsel must "state that the attorney has given the client fourteen (14) days prior notice of the attorney's intention to request permission to withdraw." LR 83.1(E)(2)(b), NDGa. Such notice must be served upon the client "personally or at that client's last known address." Id.

Neither the May 5th Notice nor the May 11th Notice complies with the requirements of Local Rule 83.1, because Haynes and Boone have not given

2

Defendants fourteen (14) days prior notice of their intent to request permission to withdraw. Should Haynes and Boone file a new motion to withdraw that complies with the Local Rules, the Court will consider whether withdrawal is appropriate.

## III. CONCLUSION

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Katherine S. Addleman, Stephen L. Corso, and Timothy A. Newman's Motion to Withdraw as Counsel of Record for James A. Torchia, Credit Nation Capital, LLC, and the Other Defendants [97] is **DENIED**.


**SO ORDERED** this 13th day of May, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE