IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | 1:15-cv-3904-WSD |
| JAMES A. TORCHIA, CREDIT NATION CAPITAL, LLC, CREDIT NATION ACCEPTANCE, LLC, CREDIT NATION AUTO SALES, LLC, AMERICAN MOTOR CREDIT, LLC, and SPAGHETTI JUNCTION, LLC, | |
| Defendants. | |

**OPINION AND ORDER**

This matter is before the Court on James M. Johnson, Sherri L. Buda and Knight Johnson, LLC's (collectively, "Knight Johnson") Motion to Withdraw as Counsel of Record for James A. Torchia [260] ("Motion to Withdraw").

**I.   BACKGROUND**

On November 2, 2016, Knight Johnson filed its Motion to Withdraw. Knight Johnson states it gave Mr. Torchia fourteen (14) days notice of its intention to request permission to withdraw. On September 30, 2016, Knight Johnson provided Mr. Torchia, by e-mail and to his home address by Federal Express

Overnight Saturday Delivery, written notice of its intent to withdraw. Knight Johnson states its withdrawal will not delay this action, and it notes the discovery period does not expire until the end of December 2016 and a trial date has not been set.

## II.   DISCUSSION

Under Local Rule 83.1(E)(2)(b), a motion to withdraw as counsel must "state that the attorney has given the client fourteen (14) days prior notice of the attorney's intention to request permission to withdraw." LR 83.1(E)(2)(b), NDGa. Such notice must be served upon the client "personally or at that client's last known address." Id.

Knight Johnson has met the requirements of Local Rule 83.1(E)(2)(b) because it gave Mr. Torchia fourteen (14) days prior notice of its intent to withdraw, and served Mr. Torchia at his last known address. Knight Johnson's motion is granted.

## III.   CONCLUSION

For the foregoing reasons,

**IT IS HEREBY ORDERED** that James M. Johnson, Sherri L. Buda and Knight Johnson, LLC's Motion to Withdraw as Counsel of Record for James A. Torchia [260] is **GRANTED**.

**SO ORDERED** this 10th day of November, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE